IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IDAROSE MASSEY, on behalf of herself and others similarly situated | : | CIVIL ACTION |
| | : | |
| | : | No. 25-1758 |
| v. | : | |
| | : | |
| LIBERTY RESOURCES, INC. (d/b/a "Liberty Community Connections") | : | |
| | : | |

## **ORDER**

AND NOW, this 30th day of April, 2025, upon notice that Plaintiff Idarose Massey has voluntarily dismissed this case without prejudice (ECF No. 5), the Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.